UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NORAELLA VELA VALADEZ,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.  CV-13-3003-JTR

ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings, including a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 25.  Attorney David L. Lybbert represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 12.  After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 25**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record, and issue a new decision.  The ALJ shall:  (1) consider all medical source opinions and determine

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 1

Plaintiff's severe impairments, including right wrist tendonitis, and fashion a complete residual functional capacity (RFC) determination; (2) provide specific reasoning for the weight given to opinion evidence, including the opinion of Stephen P. Roesler, M.D., and discuss the evidentiary basis for conclusions along with adequate rationale for either accepting or rejecting probative medical opinions; (3) consider all mental impairments and functional limitations with the assistance of a medical expert; (4) include all unrejected work related limitations in the RFC determination; and (5) further consider Plaintiff's ability to perform other work in the national economy with the assistance of a vocational expert.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 20**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

**DATED** this  17th  day of October, 2013.

*S/John T. Rodgers*             .
John T. Rodgers
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 2